Henderson L. HINTON, Plaintiff— Appellant,

v.

Roy COOPER; Robin Pendergraft; Pat J. Matthews; Michael Sutton; John H. Bennett; Joseph Edward Zeszotarski, Jr.; Jeanette K. Doran, Defendants—Appellees.

No. 12–6000.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 25, 2012.

Henderson L. Hinton, Appellant Pro Se.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henderson L. Hinton appeals the district court's order denying relief on his complaint filed pursuant to 42 U.S.C. § 1983 (2006) and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hinton v. Cooper*, No. 5:11–ct–03039–BO (E.D.Va. Oct. 31, 2011).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*